396 A.2d 826

Commonwealth v. Peterson, Appellant.

Argued October 25, 1978.

Joseph P. Sebestyen, Jr., for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.